1  **FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
2  265 S. Doheny Dr.
Suite 102
3  Beverly Hills, California 90211
Telephone: 310-666-3786
4  Facsimile: 775-261-1726
5  E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*
6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10  DEBORAHA SALCIDO,            Case No.  5:20-cv-02080-JWH-SP

11           Plaintiff,

12       v.                       **NOTICE OF SETTLEMENT**

13
SPECIALIZED LOAN
14  SERVICING LLC,

15           Defendant.

16

17
        NOTICE IS HEREBY GIVEN that Plaintiff, Deboraha Salcido, and Defendant, Specialized
18
Loan Servicing LLC, have reached a settlement of the above-captioned action.  The Parties
19
anticipate filing a stipulation of dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of
20
the Federal Rules of Civil Procedure, within forty-five (45) days.
21

22

23  DATED this 15th day of July, 2021.            Respectfully Submitted,

24
                                             */s/ Neda Farah*
25                                           Neda Farah
                                             FARAH LAW, P.C.
26                                           265 S. Doheny Dr., Suite 102
                                             Beverly Hills, California 90211
27                                           310-666-3786 (phone)
                                             775-261-1726 (fax)
28
                                  1

neda@nedafarahlaw.com

*Attorney for Plaintiff Deboraha Salcido*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of California on this 15th day of July, 2021. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF filing system.

　　　　　　　　　　　　　　　　　　　　 /s/ Neda Farah
　　　　　　　　　　　　　　　　　　Neda Farah
　　　　　　　　　　　　　　　　　　FARAH LAW, P.C.