1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DEBORAHA SALCIDO, | CASE NO. 5:20-cv-02080-JWH-SPx |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATED REQUEST FOR ADDITIONAL TIME TO FILE A DISMISSAL WITH PREJUDICE** |
| v. | |
| SPECIALIZED LOAN SERVICING LLC, | Action Filed: October 6, 2020 |
| Defendant. | |

1

1 | The Court, having considered the Stipulated Request for Additional Time to File a Dismissal with Prejudice, grants the parties' stipulated request for additional time to file their dismissal papers, to Monday, September 27, 2021.

**IT IS SO ORDERED.**

DATED: August 30, 2021

_____
Hon. John W. Holcomb
U.S. District Judge

2